Jerrick L. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 104742

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: August 29, 2017

FOR APPELLANT: Maleaner R. Harvey, Missouri Public Defender Office, 1010 Market Street, Ste. 1100, St. Louis, MO 63101.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Shaun J. Mackelprang, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Gary M. Gaertner, Jr., P.J., Robert M. Clayton III, J., and Angela T. Quigless, J.

ORDER

PER CURIAM.

Jerrick L. Williams appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).